

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MAIN DISTRICT OF KANSAS
KANSAS CITY DIVISION

FILED
Kansas City, KS
DEC 1 2 2011
Clerk
U.S. Bankruptcy Court

IN RE:

Thomas Eversole

DEBTORS

CASE NO. 10-20488

CHAPTER 13

## NOTICE OF CHANGE OF CREDITOR PAYMENT ADDRESS

TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that Citibank, N.A. has changed the servicing of this account and consequently is changing the payment address for purpose of this account.
Therefore, all payments and notices should be sent to Citibank, N.A. at the new addresses effective November 18, 2011.

**CREDITOR NAME:** CITIBANK, N.A.

**OLD LOAN NUMBER:** xxxxxx6789

**NEW LOAN NUMBER:** xxxxxx6789

**OLD PAYMENT ADDRESS:** Citibank, N.A.
701 East 60th Street North, Sioux Falls, SD 57117

**NEW PAYMENT ADDRESS:** Citibank, N.A.
Payment Center, 4740 121st Street, Urbandale, IA 50323

**OLD NOTICE ADDRSS:** Citibank, N.A.
701 East 60th Street North, Sioux Falls, SD 57117

**NEW NOTICE ADDRESS:** Citibank, N.A.
701 East 60th Street North, Sioux Falls, SD 57117 (no change)

Should you have any questions regarding this notice or information contained herein, please contact Citibank, N.A.:

Name: Citi Internal Recovery Unit
Telephone Number: 800-848-8444
Fax Number:
E-mail Address: Recovery.Bankruptcy@citi.com

Respectfully submitted,
Citibank, N.A.

/s/ Lauren Rossi
Lauren Rossi
Authorized Agent for Citibank, N.A.

CHANGE OF ADDRESSES & LOAN NUMBER FOR CREDITOR                                  Page 1 of 2

## CERTIFICATE OF SERVICE

I, Lauren Rossi, hereby certify that a try and correct copy of the foregoing Notice of Change of Addresses and Loan Number has been served upon the following parties in interest electronically or by pre-paid regular U.S. Mail on (or before) the 8th day of December 20 11 :

Debtor
Thomas Eversole
PO Box 442427
Lawrence, KS 66044-6427

Debtor Attorney
JONATHAN C BECKER
3220 Mesa Way Ste B
Lawrence, KS 66049-2344

Chapter 13 Trustee
WILLIAM H GRIFFIN
6330 Lamar Ave Ste 110
Overland Park, KS 66202-4286

/s/Lauren Rossi
Lauren Rossi
Authorized Agent for Citibank, N.A.

Case No. 10-20488